Shalem A. Massey (California Bar No. 143281)
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
E-mail:  shalem.massey@bryancave.com

James C. Pettis (California Bar No. 223953)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-mail:  james.pettis@bryancave.com

Attorneys for Defendant
URS CORPORATION

**NOTE CHANGES MADE BY THE COURT.**

E-FILED 09/12/11
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MARK GRAZIANO, HELEN GRAZIANO, an individual, and GARY GRAZIANO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> JT3, L.L.C., a California Limited Liability Corporation; URS CORPORATION, a California Corporation; RAYTHEON TECHNICAL SERVICES COMPANY, a California Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. ~~CV-09751-PSG -MAN~~ CV-10-9751-PSG-(MANx) <br><br> **STIPULATION OF DISMISSAL** ; ORDER <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

848239

STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between counsel for Plaintiffs THE
2  ESTATE OF MARK GRAZIANO, HELEN GRAZIANO, and GARY GRAZIANO
3  and all defendants JT3 LLC, URS CORPORATION, RAYTHEON TECHNICAL
4  SERVICES COMPANY, and RAYTHEON COMPANY that, pursuant to Federal
5  Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed
6  and that each party bear its own fees and costs.

7  Dated: August __, 2011
         September 7, 2011

BRYAN CAVE LLP
Shalem A. Massey
James C. Pettis

By: _____
     James C. Pettis
Attorneys for Defendant
URS CORPORATION

13 Dated: August 24, 2011

THE X LAW GROUP
Filippo Marchino

By: _____

Filippo Marchino
Attorneys for Plaintiffs

19 Dated: August 31, 2011

STOLL, NUSSBAUM & POLAKOV
Robert J. Stoll

By: _____
     Robert J. Stoll
Attorneys for Plaintiffs

23 Dated: ~~~~~~~~
         Sept 7, 2011

DATED: 09/12/11

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

PILLSBURY WINTHROP SHAW
PITTMAN LLP
J. Richard Morrissey

By: _____ /CLP
     J. Richard Morrisey
Attorneys for Defendants
JT3 LLC; RAYTHEON TECHNICAL
SERVICES COMPANY LLC,;
RAYTHEON COMPANY

1